IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 00-30341
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CAROLE A. TAYLOR,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-20065-2

---

February 14, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Carole A. Taylor appeals the sentence imposed following her guilty plea to conspiracy and theft of mail. She contends that the district court abused its discretion in departing upward pursuant to U.S.S.G. § 4A1.3, which provides for a departure when the defendant's criminal history category significantly underrepresents her history or the likelihood that she may commit further crimes. We find no clear error in the district court's findings that Taylor's criminal history category underrepresented the seriousness of her history and that her mental condition was

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

not a factor in the instant offense.  See United States v. Laury, 985 F.2d 1293, 1310 (5th Cir. 1993).  We also perceive no abuse of discretion in the court's decision to depart because of her extensive criminal history.  See id.

Taylor argues that, in any event, the extent of the district court's departure was unreasonable.  We conclude that the court did not abuse its discretion in this regard.  See United States v. Hawkins, 87 F.3d 722, 728 (5th Cir. 1996).

AFFIRMED.